IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY WILLIAMS**     **PLAINTIFF**
**ADC # 131727**

**VS.**     **4:22-CV-00158-BRW-JTK**

**GORMAN, et al.**     **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 26th day of April, 2022.

                     BILLY ROY WILSON
                   UNITED STATES DISTRICT JUDGE